Robert McInnis 003572237
Name and Prisoner/Booking Number

Yolo County Jail
Place of Confinement

140 A Tony Diaz Dr.
Mailing Address

Woodland CA 95776
City, State, Zip Code

**FILED**
JUN 27 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Robert McInnis,
(Full Name of Plaintiff)
       Plaintiff,

v.

(1) Caltion Vaughn
(2) Dr. Tom Kiew
(3) PA Lilly
(4) Co. Herrera
(Full Name of Defendant)
       Defendant(s).

☒ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:17cv1318 CKD(PC)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: Yolo County Jail Woodland CA.

1A

Other Defendants
Yolo County Superior courts
Woodland Parole Unit office.

## B. DEFENDANTS

1. Name of first Defendant: **Captian Vaughn**. The first Defendant is employed as: **Captian/commander** at **Yolo County Jail**
   (Position and Title)                                (Institution)

2. Name of second Defendant: **Tom Kiew**. The second Defendant is employed as: **Doctor** at **Yolo County Jail**
   (Position and Title)                                (Institution)

3. Name of third Defendant: **Lilly**. The third Defendant is employed as: **P.A.** at **Yolo County Jail**
   (Position and Title)                                (Institution)

4. Name of fourth Defendant: **C.O. Hererra**. The fourth Defendant is employed as: **Deputy Correctional officer** at **Yolo County Jail**
   (Position and Title)                                (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☒ Yes   ☐ No

2. If yes, how many lawsuits have you filed? **2**. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: **North Dakost** v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **Dismissed**

   b. Second prior lawsuit:
      1. Parties: **Yolo Jail** v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **Dismissed**

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: ADA/Armstrong Deliberate indifference to serious medical issues.

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I'm a ADA certified/Armstrong class member. I have mobility issues. Ligaments in my (L) knee are torn. Medical Dr. Tom Kiew Refused me MRI. Only did X-Ray. My knee is unstable. I had ACL Regraft Surgery done in 2008 by Dr. Coltham at Med Center One Bismarck ND. I had a 650 lb laundry cart run over my knee off a curb 3 days prior coming to jail. I made multiple complaints of my knee being swollen 80 days plus a slip n fall in a non ADA cell when sewer backed up n flooded it. And Dr. Refused to do Anything. I had walker taken away even though ADA order to provide me with assistive mobility device through Parole Board. I'm made to hop on 1 foot. I've been falsely accused of breaking walker. Walker (L) hand arm did not lock properly. When I asked for it to be exchanged, they kept it 2 weeks later they gave me exact same walker back. All I got is ACE wrap. My pain is 8 all the time. PA Lilly Refuses to do anything about it. Captian Vaughn denied me any walker and or proper care said "I can walk." Then denied all grievances. Even shut down Medical manager Bobbie from helping. Nurses Havier De, Jen, Sheri, Jamie all will vouch my case.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   By my having to be without assistive device. I have slipped n fell in my cell 2x? Once when sewer backed up, once hopping back to my cell from shower. Both times wrenching my knee.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☒ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. There is no Admin level but I have written Internal Affairs and they got Investigation going on for multiple reasons concerning many violations.

**CLAIM II**

1. State the constitutional or other federal civil right that was violated: Excessive force

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   C.O. Herrerra Came to my cell door on my unlock time to cuff me up from BEHIND FOR NO SAFETY REASON. He DID IT THAT WAY CAUSE HE WANTED TO. AS I had my (R) arm in Slot He HAD Bent MY ARM up into THE slot to a Point it felt like it was going Break, I told HIM AS SUCH. He Bent MY ARM furTHER THEN Made me hop to outside Yard as HE opens yard Door food flap to undo my cuffs HE Bent MY ARM again same fashion. MY (R) fore arm swelled up AND STarted Bruiseing FAST.
   On way In I ASKED CO HERRERA NOT to touch me + HAD NO Problems complying with orders to cuff up Both. I ASKED CO. Beckwith to do it since HE already assaulted me. I Then Stated to CO. HERRERA "I DO NOT NEED Your Assistance NOR DO I WANT YOU TOUCHING ME, Beckwith Gots my BAD (L) Side I'm Good to hop without your assistance." CO. Herrera out of ANGER-N-SPITE Reached out 2x's 1 time Pinched The Back of MY ARM SO HARD HE left finger Bruises AND SKIN Grey He Broke MY Skin with His Thumb Nail in Back underside of MY tricept. I wrote Grievances AND GOT Pictures AND more Documentation.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Being HAVEING ARM Bent in food slap 2x's to Point of arm feeling like it was to Break. Being Pinched Grabed 2x's Causing Bruiseing and Laseration of Skin. From Nail.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Nothing DONE, I wrote to I.A. I was told to Not worrie about it. That THEY wont file my requested complaint, Then CAPTain VAUGHN Punnished me for Pushing this Issue,

4

**CLAIM III**

1. State the constitutional or other federal civil right that was violated: Cruel unusual Punnishment Pain suffering mental emotional Distress.

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☒ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Because I wrote Grievances I got in trouble by Captain Vaughn stateing I'm A problem AND I HAVE No Rights. THAT I wont be getting walker or wheelchair AND Because I wrote to INTERNAL AffAirs He put me IN a Booking Cell To Lay on ConCrete AND Be Isolated from POD AND Said because I wrote to I.A. I'm A Problem AND He will MAKE IT look like I'm a Problem EVEN THOUGH I was A victim of Assult By CO. Herrera, PLUS, I HAD every INMATE supposedly Killed up. He kept me IN this Booking cell from 5:30 AM to 1 AM for 1 week, THEN Told me if I push A HARD Line ANY MORE It will be my Permenent home. He told me I couldn't Use THE PHONE, Write No letters, He EVEN STOPPED MENTAL HEALTH Doing ANYTHING for me, PLUS I WAS made to Hop on 1 leg in This Booking Cell AND HAD Hurt my knee 1x. I HAVE MENTAL DISORDERS - I'm CCCMS.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Falling once, slipping on Damn water by toilet, mentally cause I THOUGHT & Believed I WAS NEVER Going To be able to see friends or use Phone again. AND Felt Hopeless & victimized. AND Felt Suicidal AND HAD TO Go on Suicide WATCH.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim III? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Nothing Done, I wrote I.A.

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

5

# CLAIM IIII

1. Dangerous living conditions!
2. THREAT TO Safety
3. We are denied Proper Cleaning supplies That cleans dirt, blood, Body Fluids of all types, Rust off walls floor Desk & Bunk. Our clothes Get washed with Towels Sheets Clothes That have, Blood, Feeces, Rust on Them. which spread to all clothes. Also us that ARE Handicapped we don't got ADA cells with HAND Rails showers ARE not HANDICAP ADA approved showers. Which has caused myself Robert McInnis total of 2 very Painful SLIP-N-FALLS, which further Hurt my (L) knee AND Co's. Don't allow Medical NURSES to Do ANYthing & Captin & Lt. over ride Medical. (Which Causes Threat to safety.

4. Injury, I Contracted MERSA from The Cells & clothes. ALSO I HAVE SLIPPED AND Fell 2x alone in cell AND wrenched my knee. AND being refused proper Medical Care.

5. a. Yes  B. Yes  C. Yes  D. Yes.  NOTE: WAS ASSULTED by CO.

P.7

## Claim 5

1. False Imprisonment/Prosecutorial misconduct/ vindictive Prosecution.

other:
2. Violation of Judical order

3. 2015, I signed a conditional plea agreement of "No contest" to 2 cts Aggravated assault 245(a)(a1) with 2 yrs/2strikes at 50% concurrent. with all enhancements/priors dismissed. with 667. enhancements were dismissed therefore strikes I should have had none, also I should not have had Parole. AND I Kept my Appellet Rights. I was released from D.V.I. (Tracy) 6-14-15 AND was on 3 yrs Parole, My Appeal come back as "Inoperable". Parole left me stranded in Stockton for 8 months. Then Woodland Parole unit forced me to do Parole in Yolo County when I was living in Sacramento at time of arrest of alledged crime. I proved That through Sac County welfare office. Parole didnt care I was denied Transfer AND Denied my Right to Appeal.

4. I was Insured by me being left homeless falsely Imprisoned 8xs for total of 476 days in Jail and Parole since 6-14-15. being Mentally Abused & emotionally, Being Harrassed by Parole & courts.
I've Exhusted all remedies.

## E. REQUEST FOR RELIEF

State the relief you are seeking:
$750,000 total, $200,000, from Yolo County Jail Staff Caption Vaughn, Dr. tom Kiew, PA. Lilly, Co/Heraim $550,000 from Yolo Superior court and Woodland Parole Unit Office Total, Also Defendants be responsible for all Court fees Attorney fees AND My CAlifernia record be expunged. AND Administrative Punnishments on all Said Parties.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  6-14-17
_____                                _____
         DATE                                              SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

6

JS 44 (Rev. 12/12)     CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**: Robert McInnis

**DEFENDANTS**: Yolo County Courts, Woodland Police Unit, Captin Vaughn or Tom K(?), Yn Licu, C. Herarra

**(b)** County of Residence of First Listed Plaintiff: Yolo County
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Yolo County Jail
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*: Robert McInnis

Attorneys *(If Known)*:

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*
- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | [X] 4 | [X] 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

CONTRACT:
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

TORTS — PERSONAL INJURY:
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

TORTS — PERSONAL INJURY:
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY:
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

CIVIL RIGHTS:
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- [X] 446 Amer. w/Disabilities - Other
- ☐ 448 Education

PRISONER PETITIONS — Habeas Corpus:
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

Other:
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

FORFEITURE/PENALTY:
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

LABOR:
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

IMMIGRATION:
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

BANKRUPTCY:
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

PROPERTY RIGHTS:
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

SOCIAL SECURITY:
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

FEDERAL TAX SUITS:
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

REAL PROPERTY:
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

OTHER STATUTES:
- ☐ 375 False Claims Act
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

**V. ORIGIN** *(Place an "X" in One Box Only)*
- [X] 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

**VI. CAUSE OF ACTION**: Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: Deliberate Indiff. to Serious Medneed; ADA-Armstrong, Cruel Unusual Punishment+Pain Suffering-Mental/Emotion distress-Excessive force
Brief description of cause: Being Denied ADA needs, cell, assistive mobility devices, excessive force by CO trying to break my arm, isolation in dirty cells with blood, pool, ect. Denied cleaning agents, Denied medical care, ect. Unsanitary live cond.

**VII. REQUESTED IN COMPLAINT:**
- [X] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
- DEMAND $ 750,000
- CHECK YES only if demanded in complaint: Broken(?)
- JURY DEMAND: [X] Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** *(See instructions)*: JUDGE ____ DOCKET NUMBER ____

DATE: 6-14-17
SIGNATURE OF ATTORNEY OF RECORD: *(signature)*

FOR OFFICE USE ONLY
RECEIPT # ____ AMOUNT ____ APPLYING IFP ____ JUDGE ____ MAG. JUDGE ____