1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ROBERT LAMAR MCINNIS,                    No.  2:17-cv-1318 WBS CKD P

12                   Plaintiff,

13        v.                                   ORDER

14    VAUGN, et al.,

15                   Defendants.

16

17        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18    under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19    28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On April 25, 2018 the magistrate judge filed findings and recommendations herein which

21    were served on plaintiff and which contained notice to plaintiff that any objections to the findings

22    and recommendations were to be filed within fourteen days.  Plaintiff has not filed objections to

23    the findings and recommendations.

24        The court presumes that any findings of fact are correct.  See Orand v. United States, 602

25    F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.

26    See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  Having

27    reviewed the file, the court finds the findings and recommendations to be supported by the record

28    and by the magistrate judge's analysis.

                                            1

1       Accordingly, IT IS HEREBY ORDERED that:

2       1. The findings and recommendations filed April 25, 2018 are adopted in full; and

3       2. All defendants and claims other than plaintiff's claim for excessive force arising under

4 the Eighth Amendment against defendant Herrera as alleged by plaintiff in claim II of his

5 complaint are dismissed.

6 Dated: June 4, 2018

7 WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

8

9

10

11 mcin1318.jo

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2